# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIM KENNEDY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC., and JOHN DOES 1-25,<br><br>   Defendant(s) | Case No: 2:19-cv-16455-KM-SCM |

## STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED by and between Plaintiff KIM KENNEDY ("Plaintiff") and Defendant CMRE FINANCIAL SERVICES,, INC. ("Defendant"), through their respective counsel of record, that this Stipulation to Dismiss be granted, and that the individual action of Plaintiff KIM KENNEDY be dismissed with prejudice, and that the putative class claims asserted in the lawsuit be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party shall bear its own costs and expenses.

IT IS SO STIPULATED.


Dated: March 23, 2020                s/ Joseph K. Jones
                                     Joseph K. Jones
                                     Jones, Wolf & Kapasi, LLC
                                     375 Passaic Avenue, Suite 100
                                     Fairfield, NJ 07004
                                     (973) 227-5900
                                     Fax: 973-244-0019
                                     Email: jkj@legaljones.com
                                     Attorney for Plaintiff,
                                     *KIM KENNEDY*

Dated: March 23, 2020            SKLAR LAW, LLC

                                                By: <u>/s/ Jonathan C. Herron</u>
                                                     Andrew Sklar
                                                     Jonathan C. Herron
                                                     Attorney for Defendant, CMRE FINANCIAL SERVICES, INC.
                                                     Sklar Law, LLC
                                                   1200 Laurel Oak Road, Suite 102
                                                   Voorhees, New Jersey 08043
                                                   Phone: 856-258-4050
                                                   Fax: 856-258-6941
                                                   andy@sklarlaw.com
                                                   jon@sklarlaw.com

## ATTESTATION AND CERTIFICATE OF SERVICE

  I, Jonathan C. Herron, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice provided their authority and concurrence to file that document.

Dated: March 23, 2020    SKLAR LAW, LLC

            By: /s/ Jonathan C. Herron
              Andrew Sklar
              Jonathan C. Herron
              Attorney for Defendant,
              CMRE FINANCIAL SERVICES, INC

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 03/23/2020**